| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| **Luis Caltzontzint, et al.** | § § § | |
| v. | § § | CIVIL ACTION NO. 3:18-cv-00351 |
| **Texas Farmers Insurance Company** | § § § | |

### PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs, **Luis Caltzontzint and Magdalena Caltzontzint**, who hereby provide the Court with the following identification of interested parties, pursuant to the Court's Order of Conference and Disclosure of Interested Parties:

1. Luis Caltzontzint
   Magdalena Caltzontzint
   Plaintiffs

2. PANDIT LAW FIRM, L.L.C.
   PHILLIP N. SANOV,   Tx. Bar No. 17635950
   RAJAN PANDIT,       La. Bar No. 32215
                       Fed. ID 1070660
   JOHN D. CARTER,     La. Bar No. 24334
                       Fed. ID 1058771
   One Galleria Tower
   2700 Post Oak Blvd., 21st Floor
   Houston, TX 77056
   Telephone: (800) 615-3046
   Facsimile: (504) 313-3820
   Counsel for Plaintiffs

3. Law Offices of Manuel Solis, PC
   Co-Counsel for Plaintiffs

4. Texas Farmers Insurance Company, a Write-Your-Own Program carrier in the National Flood Insurance Program pursuant to the National Flood Insurance Act of

1

1968, as amended (42 U.S.C. § 4001, *et seq.*).

5. Federal Emergency Management Agency (All flood claims are paid directly with U.S. Treasury funds.)

In accordance with this Court's Order, if new parties are added, or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then counsel shall promptly file an amended certificate with the clerk.

Respectfully submitted,

**PANDIT LAW FIRM, L.L.C.**

BY: */s/ Phillip N. Sanov*
PHILLIP N. SANOV,   Tx. Bar No. 17635950
RAJAN PANDIT,    La. Bar No. 32215
                 Fed. ID 1070660
JOHN D. CARTER,  La. Bar No. 24334
                 Fed. ID 1058771
One Galleria Tower
2700 Post Oak Blvd., 21st Floor
Houston, TX 77056
Telephone: (800) 615-3046
Facsimile: (504) 313-3820
Email: psanov@panditlaw.com
COUNSEL FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served via CM/ECF Filer System, on this 29th day of October, 2018.

*/s/ Phillip N. Sanov*